## MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. *v.* ETHAN BOOK, JR., ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 25524) is denied.

*Ethan Book, Jr.*, pro se, in support of the petition.

*David F. Borrino*, in opposition.

Decided September 12, 2005

## MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. *v.* ETHAN BOOK, JR., ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 25524) is denied.

*Ethan Book, Jr.*, pro se, in support of the petition.

*David F. Borrino*, in opposition.

Decided September 12, 2005

## MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. *v.* ETHAN BOOK, JR., ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 25524) is denied.

*Ethan Book, Jr.*, pro se, in support of the petition.

Decided September 12, 2005